**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY CO., d/b/a Rain for Rent,<br><br>         Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE and ACCIDENT INSURANCE CO.,<br>         Defendant.<br>_____/ | CASE NO. CV-F-07-1098-LJO-SMS<br><br>**ORDER ON REQUEST TO AMEND SCHEDULING ORDER** |

      The Court has received and reviewed the parties' Joint Stipulation to Amend the Court's Scheduling Order (Doc. 17.)  The Court DENIES the request.  The parties have failed to submit good cause to support their request.

IT IS SO ORDERED.

**Dated:   May 27, 2008**                                    /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE