LEONARD STREET AND DEINARD
FREDERICK W. MORRIS (*Admitted Pro Hac Vice*)
BRIAN W. THOMSON
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
frederick.morris@leonard.com
brian.thomson@leonard.com

GILMORE, WOOD, VINNARD & MAGNESS
DAVID M. GILMORE  Bar No. 105429
P. O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899
dgilmore@gwvm.com

Attorneys for Plaintiff WESTERN OILFIELDS SUPPLY COMPANY
d/b/a RAIN FOR RENT

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DEAN J. MCELROY  Bar No. 213132
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
bruce.celebrezze@sdma.com
dean.mcelroy@sdma.com

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY

FILED
JUN 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY COMPANY d/b/a RAIN FOR RENT,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 1:07-CV-01098-LJO-SMS<br><br>**SECOND JOINT STIPULATION TO AMEND THE COURT'S SCHEDULING ORDER AND [PROPOSED] ORDER EXTENDING THE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF DATES AND THE EXPERT DISCLOSURE DEADLINES SET IN THE COURT'S JANUARY 14, 2008 SCHEDULING CONFERENCE ORDER** |

1  Plaintiff Western Oilfields Supply Company d/b/a Rain for Rent and defendant Hartford
2  Life and Accident Insurance Company, by and through their attorneys of record herein, hereby
3  stipulate and agree, subject to the Court's approval, to extend the deadlines for non-expert
4  discovery, expert disclosures and supplemental expert disclosures, and expert discovery, but to
5  leave all of the other dates (including the trial date) in place, and respectfully request that the
6  Court amend its January 14, 2008 Scheduling Conference Order. The parties had previously
7  submitted a stipulation to the Court on May 23, 2008 (Docket No. 17), but the Court denied the
8  request to amend the Scheduling Order on May 27, 2008 (Docket No. 19).
9  For the reasons set forth in the accompanying Second Declaration of Bruce D.
10 Celebrezze, the parties respectfully request that the Court reconsider its earlier decision and
11 amend the Scheduling Order as follows:
12 (1) The non-expert discovery cut-off is extended from August 1, 2008 to October 1,
13 2008;
14 (2) The last day to serve expert witness disclosures is extended from August 29, 2008
15 to October 14, 2008; and
16 (3) The last day to serve supplemental expert witness disclosures is extended from
17 September 22, 2008 to November 4, 2008;
18 (4) The expert discovery cut-off is extended from November 14, 2008 to December 5,
19 2008.
20 All other dates in the Court's scheduling conference order entered January 14, 2008 shall
21 remain.

1   This stipulation is supported by the second declaration of defendant's counsel, Bruce D.
2   Celebrezze, and the declaration of Lee Jacobson, the mediator, filed concurrently herewith,
3   setting forth the reasons for the request to extend the discovery disclosure and cut-off dates.
4       IT IS SO AGREED AND STIPULATED.
5   DATED: June _4, 2008          LEONARD STREET AND DEINARD

7
                                  By: ___/s/ Frederick W. Morris_____
8                                 FREDERICK W. MORRIS
                                  BRIAN W. THOMPSON
9                                 Attorneys for Plaintiff
                                  WESTERN OILFIELDS SUPPLY COMPANY
10                                d/b/a RAIN FOR RENT

11  DATED: June _4, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

13                                By: ___/s/ Bruce D. Celebrezze_____
                                  BRUCE D. CELEBREZZE
14                                DEAN J. MCELROY
                                  Attorneys for Defendant
15                                HARTFORD LIFE AND ACCIDENT INSURANCE
                                  COMPANY
16
                                  ORDER
17
    IT IS SO ORDERED. *no further continuances or scheduling changes will be entertained.*
18
19  DATED: *June 6, 2008*         _____
                                  UNITED STATES DISTRICT JUDGE
20