# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY COMPANY, | CASE NO. CV F 07-1098 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | |
| HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on September 23, 2008 (Doc. 26), this Court:

1. DISMISSES this entire action with prejudice;
2. VACATES all pending matters, including the February 18, 2009 pretrial conference and April 6, 2009 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 24, 2008**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1